# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Timothy Scott McKeny,

        Plaintiff,

  v.

Dean Renee Middleton, *et al.*,

        Defendants.

Case No. 2:14-cv-2659

Judge Graham

Magistrate Judge Deavers

## Order Adopting Report and Recommendation

This matter is before the court on the magistrate judge's April 8, 2015 Report and Recommendation. The magistrate judge recommended that the court deny plaintiff's motion to strike defendant's answer and his application for an entry of default. With no party having filed an objection to the magistrate judge's recommendation, the court hereby adopts the Report and Recommendation and denies plaintiff's motion (doc. 6) and his application (doc. 5).

                              s/ James L. Graham
                              JAMES L. GRAHAM
                              United States District Judge

DATE: May 8, 2015